UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

THOMAS MATTHEW PHILLIPS, SR., aka PAP'S             Case No. DG 07-07387
EXPRESS FREIGHT, LLC and NICOLE MARIE               Hon. Scott W. Dales
PHILLIPS, aka NICOLE MARIE COOK,                    Chapter 7

        Debtors.
_____/

RANDY C. WEISSERT,                                  Adversary Pro. No. 07-80661

        Plaintiff,

v.

NICOLE M. PHILLIPS and THOMAS MATTHEW
PHILLIPS,

        Defendants.
_____/

**JUDGMENT IN AN ADVERSARY PROCEEDING**

    PRESENT:  HONORABLE SCOTT W. DALES
                      United States Bankruptcy Judge

    This adversary proceeding was tried by the court without a jury and for the reasons set forth in the court's Findings of Fact and Conclusions of Law dated March 25, 2009 the court reached the following decision.

    IT IS ORDERED, ADJUDGED, AND DECREED that the claim of Randy C. Weissert against Nicole M. Phillips in the amount of $71,962.75 is excepted from her discharge.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the claim of Randy C. Weissert against Thomas M. Phillips in the amount of $71,962.75 is discharged.

IT IS FURTHER ORDERED that each party shall bear its own costs.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of the Findings of Fact and Conclusions of Law and this Judgment in an Adversary Proceeding pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Randy C. Weissert, John W. Ujlaky, Esq., Thomas M. and Nicole M. Phillips, and Brion B. Doyle, Esq.

**IT IS SO ORDERED.**  Scott W. Dales
United States Bankruptcy Judge

**Dated: March 26, 2009**