UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| In re: | Case No. 07-07387 |
| | Chapter 7 |
| THOMAS MATTHEW PHILLIPS, SR. and | Honorable Scott W. Dales |
| NICOLE MARIE PHILLIPS, | |
| | Adversary No. 07-80661 |
| Debtors. | |
| | |
| RANDY C. WEISSERT, | **DEFENDANTS' NOTICE OF APPEAL** |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| NICOLE M. PHILLIPS (NEE COOK) and | |
| THOMAS M. PHILLIPS, | |
| | |
| Defendants. | |

| | |
|---|---|
| John W. Ujlaky (P27660) | Brion B. Doyle (P67870) |
| Attorney for Plaintiff | VARNUM |
| 3721 West Michigan Avenue, Suite 304 | Attorneys for Defendants |
| Lansing, MI 48917 | Bridgewater Place, P.O. Box 352 |
| (517) 323-1939 | Grand Rapids, MI 49501-0352 |
| | (616) 336-6000 |
| | bbdoyle@varnumlaw.com |

Defendants, Nicole and Thomas Phillips, appeal under 28 U.S.C. § 158(a) from the Judgment [Dkt. #96] of the bankruptcy judge, Honorable Scott W. Dales, and Order Denying Motion to Amend Findings of Fact and Judgment [Dkt. #101] of the bankruptcy judge, Honorable Scott W. Dales, entered in this adversary proceeding on the 19th day of May, 2009, together with all orders and docket entries associated with such judgment, order, or decree.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Randy C. Weissert<br>c/o John W. Ujlaky (P27660)<br>3721 West Michigan Avenue, Suite 304<br>Lansing, MI 48917<br>(517) 323-1939 | Nicole M. Phillips<br>Thomas M. Phillips<br>c/o Brion B. Doyle (P67870)<br>VARNUM<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>bbdoyle@varnumlaw.com |

Respectfully submitted,

VARNUM
Attorneys for Defendants

Date: May 29, 2009

By: /s/ Brion B. Doyle
  Brion B. Doyle (P67870)
Business Address, Telephone, and E-mail:
  Bridgewater Place, P.O. Box 352
  Grand Rapids, MI 49501-0352
  (616) 336-6000
  bbdoyle@varnumlaw.com

2683968_1.DOC

2